UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-142 (DSD/SRN)

Aldrick L. Woodruff,

Petitioner,

v. **ORDER**

MN Correctional Facility-OPH,

Respondent.

This matter is before the court on the circuit court's remand to consider in light of Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997) and to determine whether to grant petitioner a certificate of appealability. Under the Antiterrorism and Effective Death Penalty Act of 1996, an appeal may not be taken from a final order in a habeas proceeding unless a "circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This court has jurisdiction to issue a certificate of appealability. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997).

A certificate of appealability should not issue merely because the appeal is brought in good faith and raises a "non-frivolous" issue. Kramer v. Kemna, 21 F.3d 305, 307 (8th Cir. 1994). Instead, the applicant must show "that the issues are debatable

FILED 6-11-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994), cert. denied, 513 U.S. 946 (1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991)).

This court denied petitioner's amended habeas corpus petition as time-barred pursuant to 28 U.S.C. § 2244(d) and ordered that since petitioner is statutorily ineligible for federal habeas corpus relief, his habeas motion be dismissed with prejudice. Based on a review of the file, record, and proceedings herein, the court concludes that petitioner has failed to meet the requisite showing for this court to issue a certificate of appealability.

Accordingly, based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner be denied a certificate of appealability.

Dated: June 11, 2001

David S. Doty, Judge
United States District Court